

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2015

No. 04-14-00514-CV

**IN THE INTEREST OF R.E.S. AND R.K.S.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-04448
Honorable Gloria Saldana, Judge Presiding

## O R D E R

The Appellee's Unopposed Second Motion for Extension of Time to File Brief is GRANTED. Time is extended to May 15, 2015.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court